# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0989
Lower Tribunal No. 2015-DR-17554-O

_____

IVANNA LISETTE ORTIZ,

Appellant,

v.

JED NIKKO VALDEZ SANGALANG,

Appellee.

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Orange County.
Elaine A. Barbour, Judge.

December 23, 2025

NARDELLA, J.

Ivanna Ortiz ("Former Wife") appeals the entry of a temporary order which modified time-sharing by revoking Former Wife's time-sharing altogether and prohibiting contact between herself and the minor child. We have jurisdiction. *See* Fla. R. App. P. 9.130(a)(3)(C)(iii)b.

Despite filing four post-order motions asking the trial court to reconsider its ruling, the arguments advanced on appeal by Former Wife were never presented to the trial court and thus are unpreserved. *Klein v. Manville*, 363 So. 3d 1163, 1170

(Fla. 6th DCA 2023) (quoting *Bryant v. State*, 901 So. 2d 810, 822 (Fla. 2005)); *see also Aills v. Boemi*, 29 So. 3d 1105, 1109 (Fla. 2010) ("Except in cases of fundamental error, an appellate court cannot consider any ground for objection not presented to the trial court."). Further, there is no transcript of the proceedings leading to the order modifying time-sharing. Thus, this Court is unable to reach the merits of Former Wife's claims and without an adequate means for evaluating the factual issues asserted. *See Appelgate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law a to require reversal."). Accordingly, we affirm.

AFFIRMED.

TRAVER, C.J., and WOZNIAK, J., concur.

Michael J. Ellis and Samuel Alexander, of Alexander Appellate Law P.A., DeLand, for Appellant.

Jed Nikko Valdez Sangalang, Maitland, pro se.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED